Opinion issued June 26, 2009














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00576-CV

____________


IN RE THE METHODIST HOSPITAL, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, The Methodist Hospital, has filed a motion for emergency relief and
a petition for writ of mandamus complaining of Judge Carter's (1) June 24, 2009 ruling
denying the Hospital's request for a continuance.

 We deny the motion for emergency relief and the petition for writ of
mandamus.

PER CURIAM


Panel consists of Chief Justice Radack and Justices Sharp and Taft. (2)

1. 
 
-
2.